```
                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF WEST VIRGINIA
                            AT CHARLESTON
```

DAVID RUSSELL WOOD,

    Plaintiff,

v.                              Civil Action No. 2:19-cv-00327

ANDREW SAUL,
Commissioner of Social Security

    Defendant.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation of United States Magistrate Judge Dwane L. Tinsley, entered on September 16, 2019; and the magistrate judge having recommended that the court grant the defendant's uncontested motion to remand, reverse the final decision of the Commissioner of Social Security, remand the case for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), and dismiss the matter from the court's docket, and there being no objection filed to the Proposed Findings and Recommendation, it is ORDERED that the findings made in the Proposed Findings and Recommendation of the magistrate judge be, and they hereby are, adopted by the court and incorporated herein.

It is, therefore, ORDERED that this case be, and it hereby is, remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). It is further ORDERED that the case be, and it hereby is, dismissed from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and order to all counsel of record and to the United States Magistrate Judge.

Enter: November 14, 2019

John T. Copenhaver, Jr.
Senior United States District Judge